IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORNELL MALONE** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-663 |
| | : | |
| **ERIKA EVITTS**, *et al.* | : | |

## ORDER

This 22nd day of July, 2025, it is hereby **ORDERED** that Plaintiff's Motion for Entry of Judgment on Special Verdict (ECF 35) is **GRANTED**, and **JUDGMENT** is hereby **ENTERED** in favor of Plaintiff Cornell Malone and against Defendant Erika Evitts in the amount of $10,000.00.  It is further **ORDERED** that **JUDGMENT** is **ENTERED** in favor of Defendant Kelsey Finizio.

For the reasons set forth in the accompanying memorandum, it is further **ORDERED** that Plaintiff's Motion for Counsel Fees (ECF 32) is **GRANTED in part**.  Richard Wiener, Esquire, shall be awarded $108,492.70 in fees and costs pursuant to 42 U.S.C. § 1988.

/s/ Gerald Austin McHugh
United States District Judge